**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:21-cv-61749-AHS**

GILMER BAUTISTA, JUAN MENDOZA,
HILDA MENDOZA, and ALEJANDRO
DIAZ on behalf of themselves and all
others similarly situated,

      Plaintiffs,

vs.

WELLS FARGO BANK, N.A.,

      Defendant.

_____/

**NOTICE OF APPEARANCE**

      Jeffrey R. Sonn of the law firm of Sonn Law Group, P.A., hereby files this Notice of Appearance on behalf of Plaintiffs and the Putative Class in the above-captioned action and hereby requests that copies of all future pleadings, briefs, motions, orders, correspondence, and other papers be served upon him.

Dated: November 8, 2022

                                                        Respectfully submitted,

                                                        *s/Jeffrey R. Sonn*
                                                        Jeffrey R. Sonn, Esq.
                                                        Florida Bar No. 0773514 SONN
                                                        LAW GROUP, P.A.
                                                         One Turnberry Place
                                                        19495 Biscayne Blvd.
                                                        Suite 607
                                                        Aventura, FL 33180
                                                       Tel.: (305) 912-3000
                                                       E-mail: JSonn@SonnLaw.com
                                                       *Attorney for Plaintiffs*

**Sonn Law Group P.A.**

19495 Biscayne Blvd. Suite 607, Aventura, FL 33180 Tel. 305-912-3000

## CERTIFICATE OF ELECTRONIC FILING

I HEREBY CERTIFY that on November 8, 2022, I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system.

*s/ Jeffrey R. Sonn*
Jeffrey R. Sonn, Esq.
Fla. Bar 073514